CHARLES W. DUTTON, *as County Clerk of Cloud County,* v. THE FIRST NATIONAL BANK OF CONCORDIA.

CASE, *Followed.* The case of *Dutton v. National Bank,* ante, p. 440, followed.

*Error from Cloud District Court.*

ACTION by the *First National Bank of Concordia* against *Charles W. Dutton,* as county clerk of Cloud county, to restrain the collection of certain taxes. On November 16, 1893, the defendant moved the court to dissolve the temporary injunction theretofore granted therein. On December 14, 1893, the court overruled the motion aforesaid, to which ruling the defendant excepted. And thereupon the defendant filed a demurrer to plaintiff's petition, for the following causes:

"1. The plaintiff has no legal capacity to sue.

"2. There is a defect of parties plaintiff and a defect of parties defendant.

"3. There are several causes of action improperly joined.

"4. The petition does not state facts sufficient to constitute a cause of action in favor of the plaintiff and against the defendant."

This demurrer the court overruled, to which ruling the defendant excepted; and the defendant not desiring to plead further, the court thereupon ordered and adjudged that the temporary injunction herein be made perpetual, and that the plaintiff have and recover of and from the defendant its costs herein made, to the rendition of which judgment the defendant, *Dutton*, then duly excepted. He has brought the case to this court.

*L. J. Crans*, and *W. H. Savary*, for plaintiff in error.

*Theodore Laing*, for defendant in error.

*Per Curiam:* The questions involved in this case are exactly the same as the main questions discussed in the preceding case of *Dutton v. National Bank*, ante, p. 440, and the judgment herein is reversed, on the authority of that case.